AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

**FILED**

**9:32 am Oct 25 2019**
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

| | |
|---|---|
| United States of America<br>v.<br><br>CHRISTIAN HAYWARD<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.

1:19 MJ 9270

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    10/24/2019 through 10/25/2019    in the county of    Cuyahoga    in the

Northern    District of    Ohio    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Secs. 846 & 841(a)(1), (b)(1)(A) | Conspiracy to Possess with Intent to Distribute Controlled Substances |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.



Complainant's signature

DEA SA Andew Nowling
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means.  Crim. Rules 4.1

Date:    10/25/2019

*Judge's signature*

City and state:    Cleveland, Ohio

Magistrate Judge William H. Baughman, Jr.
*Printed name and title*